563 A.2d 1181
COMMONWEALTH of Pennsylvania, Appellee,

v.

Jay MOTT a/k/a Leroy Tillman, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 29, 1989.

Decided Sept. 29, 1989.

Shelley Stark, Chief–Appellate Counsel, Office of the Public Defender, Pittsburgh, for appellant.

Leonard N. Sosnov, Philadelphia, amicus curiae, for Defender Ass'n of Philadelphia.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Kemal Alexander Mericli, Asst. Dist. Atty., Pittsburgh, for appellee.

George S. Leone, Asst. Dist. Atty., Ronald Eisenberg, Chief, Appeals Unit, Philadelphia, amicus curiae, for PA Dist. Attorneys' Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

AND NOW, this 29th day of September, 1989, by concession of the Commonwealth as to the issue of improper jury instructions, a new trial is granted.